**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA,

        Defendant(s).

2:21-cv-01530-GMN-VCF

**ORDER**

Before me is are Defendant's motion to extend discovery deadlines (ECF No. 22) and Plaintiff's response to Defendant's motion to extend discovery deadlines (ECF No. 24).

Accordingly,

I ORDER that the following discovery deadlines apply:

| | |
|---|---|
| Deadline to amend pleadings or add parties | February 14, 2022 |
| Discovery Cut-Off | May 16, 2022 |
| FRCP 26(a)(2) Expert Disclosures | March 16, 2022 |
| Rebuttal Expert Disclosures | April 15, 2022 |
| Dispositive Motion Deadline | May 16, 2022 |
| Pre-Trial Order | June 15, 2022 |

DATED this 20th day of December 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE