**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVALA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA,

        Defendant(s).

2:21-cv-01530-CDS-VCF

**ORDER**

Before the Court is Plaintiff's Emergency Motion for Protective Order Regarding Plaintiff's Deposition (ECF No. 35).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on Plaintiff's Emergency Motion for Protective Order Regarding Plaintiff's Deposition (ECF No. 35), is scheduled for 10:00 AM, September 27, 2022, before Judge Cam Ferenbach. Any response to Plaintiff's Emergency Motion for Protective Order Regarding Plaintiff's Deposition (ECF No. 35) must be filed by September 12, 2022, and any reply must be filed by September 16, 2022.

IT IS FURTHER ORDERED that Plaintiff's deposition is stayed pending further order of the court until after the scheduled hearing on September 27, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, September 26, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants' email provided to the Court.

1

1 •   Log on to the call ten (10) minutes prior to the hearing time.

2 •   Mute your sound prior to entering the hearing.

3 •   Do not talk over one another.

4 •   State your name prior to speaking for the record.

5 •   Do not have others in the video screen or moving in the background.

6 •   No recording of the hearing.

7 •   No forwarding of any video conference invitations.

8 •   Unauthorized users on the video conference will be removed.

9  IT IS SO ORDERED.

10 DATED this 6th day of September 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE