1  **ANTHONY P. SGRO**
   Nevada Bar No. 3811
2  **KELLY B. STOUT**
   Nevada Bar No. 12105
3  **SGRO & ROGER**
   720 South 7th Street, 3rd Floor
4  Las Vegas, Nevada 89101
   Telephone: 702.384.9800
5  TSgro@sgroandroger.com
   KStout@sgroandroger.com
6
   *Attorneys for* PLAINTIFF
7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  NIKKI BIRZON,                          CDS
                                 Case No.: 2:21-cv-01530-GMN-VCF
10            Plaintiff,

11       v.                      **STIPULATION AND ORDER TO
                                 EXTEND TIME TO FILE RESPONSE**
12 CHRISTOPHER TASCA;            **TO MOTION FOR PROTECTIVE**
                                 **ORDER**
13            Defendant.

14

15       COME NOW, Plaintiff NIKKI BIRZON, by and through her attorneys of record,

16 ANTHONY P. SGRO, ESQ., and KELLY B. STOUT, ESQ. of the law firm of SGRO &

17 ROGER, and MEREDITH L. HOLMES, ESQ., of the law firm of DENNETT

18 WINSPEAR, LLP

19 ///

20 ///

21 ///

22

23

24

25

26

27

28

Page 1 of 3

and hereby stipulate and agree that the time for the Plaintiff to file their response to Defendant's motion for protective order shall be extended and additional one (1) week, from September 9, 2022 until September 16, 2022. Plaintiff's Counsel, Kelly B. Stout, contracted COVID-19 over the Labor Day weekend, which is preventing counsel from completing their Response within the current deadline.

IT IS SO STIPULATED.

Dated this 9th day of September, 2022          Dated this 9th day of September, 2022

SGRO & ROGER                                    DENNETT WINSPEAR, LLC

Jayme N. Richardy Esq. for KBS #15862           /s/ Meredith L. Holmes
ANTHONY P. SGRO                                 RYAN L. DENNETT
KELLY B. STOUT                                  MEREDITH L. HOLMES
720 South 7th Street, 3rd Floor                 3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89101                         Las Vegas, Nevada 89129

*Attorneys for* PLAINTIFF                       *Attornerys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED: September 12, 2022                       _____
                                                United States Magistrate Judge