**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA,

        Defendant(s).

2:21-cv-01530-GMN-VCF

**<u>ORDER</u>**

Before the Court is Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44).

Accordingly,

IT IS HEREBY ORDERED that Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that dispositive motion deadline and joint pretrial order deadline are VACATED and will be reset when defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44) is decided.

DATED this 26th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1