1  ANTHONY P. SGRO
   Nevada Bar No. 3811
2  JAYME N. MARTINEZ
   Nevada Bar No. 15802
3  **SGRO & ROGER**
   720 South 7th Street, 3rd Floor
4  Las Vegas, Nevada 89101
   Telephone: 702.384.9800
5  TSgro@sgroandroger.com
   JMartinez@sgroandroger.com
6
   *Attorneys for* PLAINTIFF
7
                   **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  NIKKI BIRZON,                    |  Case No.: 2:21-cv-01530-CDS-VCF
10         Plaintiff(s),
11         v.                       |  **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW**
12 CHRISTOPHER TASCA;
13         Defendant(s).

14

15         **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

16         Please take notice that Kelly B. Stout, Esq. is no longer associated with Sgro &

17 Roger, counsel of record for Nikki Birzon.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Page **1** of 3

1     Accordingly, Counsel requests that the court allow Ms. Stout to withdraw from this representation and remove her from the ECF service and notification list. The office of Sgro & Roger and the firm's other attorneys remain counsel of record for Plaintiff Nikki Birzon.

    DATED this 3rd day of February 2023.

                                                  SGRO & ROGER

                                                  /s/ Jennifer W. Arledge
                                                  ANTHONY P. SGRO
                                                  JAYME N. MARTINEZ
                                                  720 South 7th Street, 3rd Floor
                                                  Las Vegas, Nevada 89101

                                                  *Attorneys for* PLAINTIFF

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   2-23-2023

```
```
**CERTIFICATE OF SERVICE**

I certify that I am an employee of Sgro & Roger and that on February 3, 2023 service of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND MOTION TO WITHDRAW** was made by mandatory electronic service through the Court's Case Management/Electronic Case Filing (CM/ECF) system to the following parties:

| | |
|---|---|
| RYAN L. DENNETT<br>MEREDITH L. HOLMES<br>**DENNETT WINSPEAR, LLP**<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129 | Email:<br>RDennett@dennettwinspear.com<br>MHolmes@dennettwinspear.com<br><br>*Attorneys for Defendant*<br>CHRISTOPHER TASCA |

*/s/ Desiree Rapp*
An Employee of Sgro & Roger