**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA,

        Defendant(s).

2:21-cv-01530-GMN-VCF

**<u>ORDER</u>**

Before the Court is Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44), is scheduled for 1:00 PM, April 11, 2023, in Courtroom 3D.

DATED this 23rd day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE