**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA,

        Defendant(s).

2:21-cv-01530-GMN-VCF

**ORDER**

    Before the Court are Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44), the motion to amend complaint (ECF No. 52), and the motion to disqualify counsel (ECF NO. 53).

    Accordingly,

    IT IS HEREBY ORDERED that the in-person hearing on Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44), scheduled for 1:00 PM, April 11, 2023, is VACATED. The court will reschedule the hearing after the briefing is completed on the motion to amend complaint (ECF No. 52), and motion to disqualify counsel (ECF NO. 53), if needed.

    DATED this 7th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE