**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NIKKI C. BIRZON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER TASCA,<br><br>　　　　　Defendant(s). | 2:21-cv-01530-GMN-VCF<br><br>**ORDER** |

Before the Court are Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44), the motion to amend complaint (ECF No. 52), and the motion to disqualify counsel (ECF NO. 53).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Defendant's emergency motion for protective order regarding defendant's deposition testimony about other arrests and charges (ECF NO. 44), the motion to amend complaint (ECF No. 52), and the motion to disqualify counsel (ECF NO. 53), is scheduled for 10:00 AM, May 16, 2023, in Courtroom 3D.

DATED this 25th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE