RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:      (702) 839-1113
*Attorney for Defendant,*
*Christopher Tasca*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NIKKI C. BIRZON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER TASCA<br><br>　　　　　　　　　　　Defendants. | Case No:  2:21-cv-01530-GMN-VCF<br><br>**STIPULATION TO MOVE THE HEARING TIME PRESENTLY SCHEDULED ON May 16, 2023 at 10:00 a.m to 2:00 p.m. or alternate Date/times** |

IT IS HEREBY STIPULATED by and between RACHEAL ANNE ROSS of the law firm of SGRO & ROGER, attorneys for Plaintiff, NIKKI C. BIRZON and MEREDITH L. HOLMES, ESQ., of the law firm of DENNETT WINSPEAR, LLC, attorneys for Defendant, CHRISTOPHER TASCA, that the in-person hearings re  [44] Motion for Protective Order, [52] Motion to Amend Complaint, and [53] Motion to Disqualify Counsel is set for 5/16/2023 at 10:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach is requested to be moved to May 16, 2023 at the hour of 2:00 p.m.

. . .

. . .

. . .

. . .

. . .

Alternatively, the parties hereby offer additional dates and times if the Court cannot accommodate the parties' request as follows:

May 22, 2023 either in the morning or the afternoon, or

May 23, 2023 in the afternoon.

| DATED: 4-27-2023 | DATED: 4-27-2023 |
|---|---|
| **DENNETT WINSPEAR, LLP** | **SGRO & ROGER** |
| By  /s/ Meredith L. Holmes | By  /s/ Racheal Anne Ross |
| MEREDITH L. HOLMES, ESQ. | RACHEAL ANNE ROSS, ESQ. |
| Nevada Bar No. 11602 | Nevada Bar No. 14943 |
| 3301 N. Buffalo Drive, Suite 195 | 720 South Seventh Street, 3rd Floor |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89101 |
| Telephone: 702-839-1100 | Telephone: 702-384-9800 |
| Facsimile: 702-839-1113 | Facsimile: 702-665-4120 |
| *Attorneys for Defendant Christopher Tasca* | *Attorneys for Plaintiff, Nikki R. Birzon* |

**ORDER**

**IT IS SO ORDERED** that the hearings on the above matters shall be continued to: May 16, 2023 at the hour of 2:00 PM in Courtroom 3D.

_____
**UNITED STATES MAGISTRATE JUDGE**

2