**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

        Plaintiff(s),

v.

CHRISTOPHER TASCA, FLY ALLIANCE CHARTER, LLC, a foreign company, FLY ALLIANCE MAINTENANCE, LLC, a foreign company, ALLIANCE AVIATION GROUP LLC, a foreign corporation, TOP GUN AVIATION, LLC, a foreign company,

        Defendant(s).

2:21-cv-01530-CDS-VCF

**ORDER**

Before the Court is the notice of settlement (ECF NO. 63).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for May 16, 2023 is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before July 10, 2023.

DATED this 10th day of May 2023.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE