**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NIKKI C. BIRZON,

    Plaintiff(s),

v.

CHRISTOPHER TASCA, FLY ALLIANCE CHARTER, LLC, a foreign company, FLY ALLIANCE MAINTENANCE, LLC, a foreign company, ALLIANCE AVIATION GROUP LLC, a foreign corporation, TOP GUN AVIATION, LLC, a foreign company,

    Defendant(s).

2:21-cv-01530-CDS-VCF

**ORDER**

The parties have reached a settlement agreement in this matter. (ECF NO. 63).

Accordingly,

IT IS HEREBY ORDERED that the motion for protective order (ECF No. 44), motion to amend complaint (ECF No. 52), motion to disqualify counsel (ECF No. 53), and motion for leave to file document (ECF No. 62), are DENIED without prejudice.

DATED this 12th day of May 2023.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE