RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
mholmes@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
**Attorneys for Defendant,
Christopher Tasca**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NIKKI C. BIRZON,

          Plaintiff,

vs.

CHRISTOPHER TASCA

          Defendants.

Case No: 2:21-cv-01530-~~GMN~~-VCF
(CDS)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between RACHEAL A. ROSS, ESQ., of the law firm of SGRO & ROGER, attorneys for Plaintiff, NIKKI C. BIRZON and MEREDITH L. HOLMES, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, CHRISTOPHER TASCA, that the within matter be dismissed, with prejudice, each party to bear their own

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

attorneys' fees and costs.

DATED: June 16, 2023

**SGRO & ROGER**

By: _____
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
720 S. 7th Street, 3rd Fl
Las Vegas, Nevada 89101
Telephone: 702-384-9800
*Attorneys for Plaintiff,*
*Nikki C. Birzon*

DATED: 6/20/23

**DENNETT WINSPEAR, LLP**

By: _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 14943
MEREDITH L. HOLMES, ESQ.
Nevada Bar No. 11602
3301 N. Buffalo Drive., Suite 195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
*Attorneys for Defendant,*
*Christopher Tasca*

### ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

**IT IS SO ORDERED.** The Clerk of Court may close this case.

DATED: June 20, 2023

_____
U.S. DISTRICT COURT JUDGE